NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOEY HILLIARD JOHNSON,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

**ROBIN HOOD,**
*Respondent*

---

2023-2087

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-95, Judge Joseph L. Toth.

---

Decided:  December 12, 2025

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

MATTHEW JUDE CARHART, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F.

HOCKEY, JR., PATRICIA M. MCCARTHY; JONATHAN KRISCH, Y. KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

Before DYK, CHEN, and STOLL, *Circuit Judges.*

PER CURIAM.

The judgment is *affirmed.* There is no final judgment by the Board of Veterans' Appeals on appellant's claim for compensation pursuant to 38 U.S.C. § 5313, and the Court of Veterans Appeals therefore lacked jurisdiction.

**AFFIRMED**